# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DETRICK CROSTON                                                                                    PETITIONER

v.                                          NO. 5:08CV00227 SWW

LARRY NORRIS, Director of the                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Larry Norris ("Norris") is granted. See Document 5. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Detrick Croston is dismissed. All requested relief is denied, and judgment will be entered for Norris.

IT IS SO ORDERED this 18th day of December 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE